[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-13883
Non-Argument Calendar

_____

D.C. Docket No. 6:10-cr-00137-JA-GJK-1


UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus


ANTONIO JONES,
a.k.a. PJ,

Defendant - Appellant.


_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(April 9, 2013)

Before MARCUS, MARTIN and KRAVITCH, Circuit Judges.

PER CURIAM:

Roger L. Weeden, counsel for Antonio Jones in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED** and Jones's convictions and sentence are **AFFIRMED**.